IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ELBA HUEZO CUEVA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Case No. 1:14-CV-01574-RBW |
| : | |
| EMMAUS, INC. d/b/a TJ'S GOURMET, : | |
| ET AL., : | |
| : | |
| Defendants : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

The parties, through counsel, file this joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO ORDERED.

Date:_____                          _____
                                              The Honorable Reggie B. Walton
                                              United States District Judge

                                              Respectfully submitted,

                                              STEIN SPERLING BENNETT
                                              DE JONG DRISCOLL PC

                        By:   /s/ *Mary Craine Lombardo*
                              Mary C. Lombardo (D.C. Bar No. 495881)
                              25 West Middle Lane
                              Rockville, Maryland 20850
                              301-340-2020
                              301-354-8126 (facsimile)
                              mlombardo@steinsperling.com

                              *Attorneys for Plaintiff Maria Elba Huezo Cueva*

JACKSON LEWIS P.C

By: /s/ Jacqueline C. Tully *(with permission)*
Jacqueline C. Tully (D.C. Bar No. 978228)
Nicole M. Monachino (*pro hac vice*)
10701 Parkridge Boulevard, Suite 300
Reston, VA  20191
Telephone:    (703) 483-8300
Facsimile:    (703) 483-8301
Jacqueline.Tully@jacksonlewis.com
Nicole.Monachino@jacksonlewis.com

*Attorneys for Defendants*
*Emmaus, Inc. and Terry Chung*